IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01585-REB-BNB

MICHAEL R. MARTIN,

Plaintiff,

v.

ADAMS COUNTY, COLORADO,
ADAMS COUNTY BOARD OF COMMISSIONERS,
ADAMS COUNTY SHERIFF DOUG DARR, in his individual and official capacities; and,
JOHN DOES 1-6, in Adams County individual and official capacities as Adams County Deputy Sheriffs.

Defendants.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the **Plaintiff's <u>Unopposed</u> Motion to Modify Scheduling Order** [Doc. # 20, filed 12/19/2008] is GRANTED consistent with the Amended Scheduling Order entered today.

DATED: December 31, 2008