IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 08-cv-01585-REB-BNB | Date: March 12, 2009 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| MICHAEL R. MARTIN, | Mari Newman |
| | Althea Licht |
| Plaintiff, | |
| v. | |
| ADAMS COUNTY, COLORADO, | Heidi Miller |
| ADAMS COUNTY BOARD OF | |
| COMMISSIONERS, | |
| DOUG DARR, in his individual capacity, and | |
| DOUG DARR, Adams County Sheriff, | |
| in his official capacity, | |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 10:59 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiff's motion to file first amended complaint filed 2/13/09 Doc. [30] is granted as stated on the record. The Clerk of the Court is directed to accept for filing the amended complaint.**

Court in Recess    11:31 a.m.    Hearing concluded.    Total time in Court:    00:32

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.