IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01585-REB-BNB

MICHAEL R. MARTIN,

Plaintiff,

v.

ADAMS COUNTY BOARD OF COMMISSIONERS,
DAVID MORROW, Deputy, Adams County Detention Facility, in his individual and official capacities;
DANIEL SEIER, Deputy, Adams County Detention Facility, in his individual and official capacities;
JOSEPH MCMULLEN, Deputy, Adams County Detention Facility, in his individual and official capacities;
GREGORY GILLETT, Deputy, Adams County Detention Facility, in his individual and official capacities;
KEVIN TRIMBLE, Deputy, Adams County Detention Facility, in his individual and official capacities;
APRIL CHRISTOF, Sergeant, Adams County Detention Facility, in her individual and official capacities;
DOUG DARR, Adams County Sheriff, in his individual and official capacities;

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to File First Amended Complaint** [Doc. # 30, filed 2/13/2009] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint [Doc. # 30-2].

IT IS FURTHER ORDERED that all future pleadings shall utilize the caption set out

above.

Dated March 12, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge