**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01585-REB-BNB

MICHAEL R. MARTIN,

    Plaintiff,

v.

ADAMS COUNTY BOARD OF COMMISSIONERS,
DAVID MORROW, Deputy, Adams County Detention Facility, in his individual and official capacities,
DANIEL SEIER, Deputy, Adams County Detention Facility, in his individual and official capacities,
JOSEPH MCMULLEN, Deputy, Adams County Detention Facility, in his individual and official capacities,
GREGORY GILLETT, Deputy, Adams County Detention Facility, in his individual and official capacities,
KEVIN TRIMBLE, Deputy, Adams County Detention Facility, in his individual and official capacities,
APRIL CHRISTOF, Sergeant, Adams County Detention Facility, in her individual and official capacities, and
DOUG DARR, Adams County Sheriff, in his individual and official capacities,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#46] filed April 9, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#46] filed April 9, 2009, is **APPROVED**;

2. That the Trial Preparation Conference set for August 28, 2009, is **VACATED**;

3. That the jury trial set to commence September 14, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 10, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge